STATE OF NEW JERSEY IN THE INTEREST OF E.W.

October 24, 1983.

Petition for certification denied.


PAKIZE DIRI, FORMERLY KNOWN AS PAKIZE YALVAC
v. FIKRI YALVAC.

October 24, 1983.

Petition for certification denied.


EDWARD JOHNSON v. SEARS, ROEBUCK AND CO.

October 24, 1983.

Petition for certification denied.


IN THE MATTER OF CLAIRE C. CONROY.

October 24, 1983.

Petition for certification granted.  (See 190 *N.J.Super.* 453)